UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN BEAR,

    Plaintiff,
v.                                                          Case No. 12-14996
                                      HON. TERRENCE G. BERG
COMMISSIONER OF                                             HON. CHARLES E. BINDER
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION (Dkt. 14)**

This matter is before the Court on Magistrate Judge Charles E. Binder's August 26, 2013 Report and Recommendation (Dkt. 14), recommending that Defendant's Motion for Summary Judgment (Dkt. 13) be GRANTED, that Plaintiff's Motion for Summary Judgment (Dkt. 12) be DENIED, and that the findings of the Commissioner be AFFIRMED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate's Report and Recommendation of August 26, 2013, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Binder's Report and Recommendation of August 26, 2013 (Dkt.14) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. 13) is **GRANTED**, Plaintiff's Motion for Summary Judgment (Dkt. 12) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**.

Dated:  September 13, 2013                     s/Terrence G. Berg
                                               TERRENCE G. BERG
                                               UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on September 13, 2013, using the CM/ECF system, which will send notification to all parties.

                                               s/A. Chubb
                                               Case Manager